AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NIENA KIDD

V.

JPMORGAN CHASE BANK, N.A.

CASE NUMBER: 23-CV-01984

ASSIGNED JUDGE: Hon. Martha M. Pacold

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

JPMorgan Chase Bank, N.A.
10 S. Dearborn St.
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
courtecl@edcombs.com

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard* (signature)

(By) DEPUTY CLERK

March 29, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/29/23 |
| NAME OF SERVER *(PRINT)* Daniel Fitzgerald | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Cameron Frazier, Chase Bank, 10 S. Dearborn, Chicago IL 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/29/23
                 Date

*Signature of Server*

*Address of Server*

LAW OFFICES OF
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 SOUTH CLARK STREET
SUITE 1500
CHICAGO, ILLINOIS 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.